**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:    Francisco Esparza            )    Case No. 24-40190
                     DEBTOR    )

## MOTION TO MODIFY (ABATE & INCREASE) CHAPTER 13 PLAN PAYMENTS, AND COUNSEL'S APPLICATION FOR COMPENSATION

**COMES NOW** Debtor, Kathy L. Hunter, by and through Counsel, and for this Motion to Modify (Abate and Increase) Chapter 13 Plan Payments and Debtor's Counsel Application for Compensation, shows the Court as follows:

1. On March 29, 2024, Debtor filed a Petition and Plan for Chapter 13 relief.

2. On May 23, 2024, Debtor's Plan was confirmed by Order of this Court.

3. Debtor's Plan default stems from increased utility bills. Debtor has rearranged his budget to continue making payments to the Trustee.

4. In light of the foregoing, Debtor moves the Court for an order directing the Chapter 13 Trustee to abate all delinquent payments through **January 2025** with in**creased** monthly payment of **$650.00** to resume in **February 2025**.

5. Debtor's Counsel has performed additional work on this Case post-Confirmation and seeks additional compensation totaling **$600.00** to be paid through the Plan for the filing of the Response ($250) to the Trustee's instant Motion to Dismiss, and for this Motion ($350).

**WHEREFORE,** Debtor prays the Court for an order that:

a. directs the Chapter 13 Trustee to abate all delinquent Plan payments through **January 2025, with increased monthly payments of $650.00 to resume in February 2025;**

b. Awards WM Law $600.00 in post-confirmation compensation, which is to be paid through the Plan; and

c. for such further relief as the Court deems equitable and proper.

Dated: February 6, 2025        Respectfully submitted,
                             WM Law

                             s/ Ryan A. Blay
                             Ryan A. Blay, KS# 28110
                             15095 W. 116th St.
                             Olathe, KS 66062
                             Phone (913) 422-0909 / Fax (913) 428-8549
                             Blay@wagonergroup.com
                             ATTORNEY FOR DEBTOR(S)

1

## <u>NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION</u>

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **2/27/2025,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151/**144**, Kansas City, Kansas 66101, on **3/13/2025, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2025, the foregoing was delivered to parties registered for ECF/PACER electronic notice, and via U.S. Postage 1st Class prepaid to the parties listed below.

**[See attached mailing matrix]**

s/ Ryan A. Blay