In re:     Francisco Esparza                                    )     Case No. 24-40190

                        DEBTOR     )

## MOTION TO MODIFY (ABATE & INCREASE) CHAPTER 13 PLAN PAYMENTS, AND COUNSEL'S APPLICATION FOR COMPENSATION

**COMES NOW** Debtor, Kathy L. Hunter, by and through Counsel, and for this Motion to Modify (Abate and Increase) Chapter 13 Plan Payments and Debtor's Counsel Application for Compensation, shows the Court as follows:

1.     On March 29, 2024, Debtor filed a Petition and Plan for Chapter 13 relief.

2.     On May 23, 2024, Debtor's Plan was confirmed by Order of this Court.

3.     Debtor's Plan default stems from increased utility bills. Debtor has rearranged his budget to continue making payments to the Trustee.

4.     In light of the foregoing, Debtor moves the Court for an order directing the Chapter 13 Trustee to abate all delinquent payments through **January 2025** with in**creased** monthly payment of **$650.00** to resume in **February 2025**.

5.     Debtor's Counsel has performed additional work on this Case post-Confirmation and seeks additional compensation totaling **$600.00** to be paid through the Plan for the filing of the Response ($250) to the Trustee's instant Motion to Dismiss, and for this Motion ($350).

**WHEREFORE,** Debtor prays the Court for an order that:

a.     directs the Chapter 13 Trustee to abate all delinquent Plan payments through **January 2025, with increased monthly payments of $650.00 to resume in February 2025;**

b.     Awards WM Law $600.00 in post-confirmation compensation, which is to be paid through the Plan; and

c.     for such further relief as the Court deems equitable and proper.

Dated: February 6, 2025                    Respectfully submitted,
                                                          WM Law

                                                          s/ Ryan A. Blay
                                                          Ryan A. Blay, KS# 28110
                                                          15095 W. 116th St.
                                                          Olathe, KS 66062
                                                          Phone (913) 422-0909 / Fax (913) 428-8549
                                                          Blay@wagonergroup.com
                                                          ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **2/27/2025,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151/**144**, Kansas City, Kansas 66101, on **3/13/2025, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, the foregoing was delivered to parties registered for ECF/PACER electronic notice, and via U.S. Postage 1st Class prepaid to the parties listed below.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-5
Case 24-40190
District of Kansas
Topeka
Wed Feb  5 18:46:20 CST 2025

Azura Credit Union
PO Box 1128
Topeka KS 66601-1128

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034-7667

BrightLending
PO Box 578
Hays MT 59527-0578

Buffalo Lake Lending
PO Box 254
Fort Thompson SD 57339-0254

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Credit One Bank
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

Credit One Bank
PO Box 98875
Las Vegas NV 89193-8875

FEB/OPPLOANS
130 E RANDOLPH STREET STE.3400
Chicago IL 60601-6379

First Electronic Bank
c/o Opportunity Financial, LLC
130 E. Randolph Street, Suite 3300
Chicago, IL 60601-6313

Kahrs Law Offices, PA
PO Box 780487
Wichita KS 67278-0487

Kaine Emmerich
8536 Maurer Rd
Apt. 133
Lenexa KS 66219-3200

Kansas Department of Revenue
Civil Tax Enforcement
P.O. Box 12005
Topeka, KS 66601-2005

LVNV Funding LLC
55 BEATTIE PLACE
Greenville SC 29601-2165

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
10705 S Jordan Gateway
Ste. 200
South Jordan UT 84095-3977

Merrick Bank
PO BOX 9201
Old Bethpage NY 11804-9001

MoneyLion
30 West 21st St, Ste 9
New York NY 10010-6957

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Real Estate Management
17817 East Highway 40
Independence MO 64055-5406

Syncb/PPC
PO BOX 965005
Orlando FL 32896-5005

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011-1931

Upstart/RCB
2950 South Delaware St
#300
San Mateo CA 94403-2580

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

WithU
8161 Hwy 177
Harleton TX 75651-0348

Woden Finance
d/b/a Advance Financial
100 Oceanside Dr.
Nashville TN 37204-2351

Carl B. Davis
300 W Douglas Suite 650
Wichita, KS 67202-2921

Francisco nmn Esparza Jr.
700 Comet Lane, Apt. B205
Lawrence, KS 66049-4634

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32